IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RANDY DEWAYNE ROGERS
*on his own behalf and as Administrator*
*of the Estate of* Randy James Rogers                                                     PLAINTIFF

V.                                      CASE NO. 1:24-CV-1036

COLUMBIA COUNTY, et al.                                                                    DEFENDANTS

## INITIAL SCHEDULING ORDER

**IT IS HEREBY ORDERED** that the following deadlines and proposals are in effect:

1. **RULE 26(f) CONFERENCE DEADLINE:**          **September 11, 2024.**

The parties are jointly responsible for holding their Rule 26(f) conference on or before the date specified.

2. **JOINT RULE 26(f) REPORT DUE DATE:**          **September 18, 2024.**

Counsel should consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Joint Rule 26(f) Report.

3. **STANDARD DEADLINES:**

The parties are advised of the Court's standard deadlines concerning the following:

- Motions for Class Certification:  **90 days after Rule 26(f) Conference.**
- Completion of ALL discovery:  **120 days before scheduled trial date.**
- Summary Judgment Motions:  **30 days after the close of discovery.**

4. **TRIAL DATE:**                                                                 **August 4, 2025.**

The case will be scheduled for JURY TRIAL before Chief Judge Susan O. Hickey, during the week as set forth above in EL DORADO, ARKANSAS.

    **5.    UNRESOLVED ISSUES.**

Any conflicts among the parties with regard to any of the issues in the Rule 26(f) Report or the trial date set by the Court should be set out in writing on the last page of the Rule 26(f) Report under the caption of "UNRESOLVED ISSUES" and if not so noted, will be deemed waived. The Court will rule on these issues and a final scheduling order will be issued confirming the trial date.

    **6.    PAGE LIMITATIONS.**

Any motion, response, or brief in support must be limited to 25 double-spaced pages of 12-point font. Parties must seek leave before filing any reply in support of a motion other than a summary judgment motion. If allowed, replies must be limited to seven (7) double-spaced pages of 12-point font.

DATED:  August 14, 2024.

/s/ Susan O. Hickey
**SUSAN O. HICKEY**
**CHIEF UNITED STATES DISTRICT JUDGE**