IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RANDY DEWAYNE ROGERS, as Administrator
of the Estate of Randy James Rogers, and on his
own behalf                                                                                                    PLAINTIFF

v.                                         Case No. 1:24-cv-1036

COLUMBIA COUNTY; COLUMBIA COUNTY
SHERIFF'S OFFICE; MICHAEL LOE; MATTHEW
HULET; Aaliyah ROSE; JESSE GUISE; MARK
MOSELY; COUNTY FACILTY HEALTHCARE
OF ARKANSAS, LLC; DARRELL ELKINS;
NURSE CASSANDRA; MAGNOLIA REGIONAL
MEDICAL CENTER; EMERGENCY STAFFING
SOLUTIONS; NURSE M. BRAZELL; DR.
PHILLIPS PACE; DR. DILAN SAMARAWICHRAMA;
RADIOLOGY ASSOCIATE, P.A.                                                                        DEFENDANTS

## ORDER

Before the Court is Separate Defendant Columbia County's Motion to Dismiss Party. ECF No. 33. Separate Defendant Columbia County seek to dismiss the Columbia County Sheriff's Office as a defendant in this matter, arguing that it is not a "person" subject to suit under Plaintiff's 42 U.S.C. § 1983 claims. Plaintiff responded in support of Defendants' motion, conceding that the Columbia County Sheriff's Office is not "the relevant entity to respond to any claims arising from the activities of the Sheriff's Department." ECF No. 39.

Upon review, the Court finds that good cause for the instant motion has been shown. Accordingly, Separate Defendant Columbia County's Motion to Dismiss Party (ECF No. 33) is hereby **GRANTED**. The Columbia County Sheriff's Office is hereby **DISMISSED** as a party in this matter.

**IT IS SO ORDERED**, this 22nd day of August, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge