IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RANDY DEWAYNE ROGERS, as Administrator
of the Estate of Randy James Rogers, and on his
own behalf                                                                                              PLAINTIFF

v.                                         Case No. 1:24-cv-1036

COLUMBIA COUNTY; MICHAEL LOE;
MATTHEW HULET; AALIYAH ROSE;
JESSE GUISE; MARK MOSELY; COUNTY
FACILTY HEALTHCARE OF ARKANSAS, LLC;
DARRELL ELKINS; NURSE CASSANDRA;
MAGNOLIA REGIONAL MEDICAL CENTER;
EMERGENCY STAFFING SOLUTIONS; NURSE
M. BRAZELL; DR. PHILLIPS PACE; DR. DILAN
SAMARAWICHRAMA; RADIOLOGY
ASSOCIATE, P.A.                                                                                        DEFENDANTS

## ORDER

Before the Court is a Motion for Leave to Withdraw. ECF No. 59. Stephen H. Weil and Megan Porter request to be withdrawn as counsel of record for Plaintiff. They state that Plaintiff will not be prejudiced by their withdrawal because he will continue to be represented by his remaining counsel of record Jon Loevy, Maria Makar, Norman Douglas Norwood, and Jo Alison Lee.

The Court finds that the Motion for Leave to Withdraw (ECF No. 59) should be and hereby is **GRANTED**. Stephen H. Weil and Megan Porter are hereby withdrawn as counsel of record for Plaintiff. The Clerk of Court is directed to remove Mr. Weil and Ms. Porter from the CM/ECF notifications system for this matter. Plaintiff will continue to be represented by his remaining counsel of record.

**IT IS SO ORDERED**, this 18th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge