IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**RANDY DEWAYNE ROGERS, AS ADMINISTRATOR**                                **PLAINTIFF**
**OF THE ESTATE OF RANDY JAMES ROGERS, AND**
**ON HIS OWN BEHALF**

VS.                            CASE NO. 1:24-CV-1036-SOH

**COLUMBIA COUNTY, et al**                                                **DEFENDANTS**

## SEPARATE DEFENDANTS, COUNTY FACILITY HEALTHCARE OF ARKANSAS, LLC AND DARRELL ELKIN'S ANSWER TO PLAINTIFF'S COMPLAINT

Separate Defendants, County Facility Healthcare of Arkansas, LLC ("CFHA") and Darrell Elkin, through counsel, C. Burt Newell, replies as follows to the Plaintiff's Complaint:

1. These Separate Defendants deny the Introduction section due to lack of personal knowledge and information; therefore, all allegations contained in this section is denied.

2. Separate Defendants admit the allegations contained paragraphs 1, 2, and 3 of Plaintiff's Complaint.

3. Separate Defendants deny allegations contained in paragraphs 4 through 13 due to lack of information and knowledge; therefore, all allegations contained these paragraphs are denied.

4. Separate Defendants deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

5. Separate Defendants deny as stated the allegations contained in paragraph 15 of Plaintiff's Complaint.

6. Separate Defendants deny that Nurse Cassandra was an employee of CFHA and/or Darrell Elkin.  Her last name is Hutt.  She provided nursing services as an independent contractor for CFHA.

7. Separate Defendants deny the allegations contained in paragraphs 17 through 112 of Plaintiff's Complaint due to lack of knowledge and information.

8. Separate Defendants acknowledges that Plaintiff re-alleges the foregoing as if fully set out herein as alleged in paragraph 113 of Plaintiff s Complaint. All allegations that were denied before are denied again.

9. Separate Defendants deny the allegations contained in paragraphs 114 through 118 of Plaintiff's Complaint to the extent that allegations in those paragraphs are directed towards these Separate Defendants.

10. Separate Defendants acknowledges that Plaintiff re-alleges the foregoing as if fully set out herein as alleged in paragraph 119 of Plaintiff s Complaint. All allegations that were denied before are denied again.

11. Separate Defendants deny the allegations contained in paragraphs 120 through 141 of Plaintiff's Complaint.

12. Separate Defendants acknowledges that Plaintiff re-alleges the foregoing as if fully set out herein as alleged in paragraph 1 of the Count III section of Plaintiff s Complaint. All allegations that were denied before are denied again.

13. Separate Defendants deny the allegations as set forth in Count III of Plaintiff's Complaint which are numbered paragraphs 2 through 8.

14. Separate Defendants acknowledges that Plaintiff re-alleges the foregoing as if fully set out herein as alleged in paragraph 9 of the Count IV section of Plaintiff s Complaint. All allegations that were denied before are denied again.

15. Separate Defendants deny all allegations contained in Count IV (paragraphs 10 through 13) of Plaintiff's Complaint.

16. Separate Defendants acknowledges that Plaintiff re-alleges the foregoing as if fully set out herein as alleged in paragraph 14 of the Count V section of Plaintiff's Complaint. All allegations that were denied before are denied again.

17. Separate Defendants deny all allegations contained in Count V (paragraphs 15 through 21) of Plaintiff's Complaint as none of those allegations are directed towards these Separate Defendants.

18. Separate Defendants acknowledges that Plaintiff re-alleges the foregoing as if fully set out herein as alleged in paragraph 1 of the Count VI section of Plaintiff's Complaint. All allegations that were denied before are denied again.

19. Separate Defendants deny all allegations expressed therein in Count VI (paragraphs 1 through 5) of Plaintiff's Complaint to the extent the allegations are directed towards them.

## AFFIRMATIVE DEFENSES

20. Separate Defendants assert the following affirmative defenses:

    A. All applicable immunity, including, but not limited to (and only as applicable), tort/negligence immunity, qualified immunity, statutory tort/negligence immunity, punitive damages immunity, and sovereign immunity;

    B. Qualified immunity

    C. The Plaintiff has failed to state a claim upon which relief can be granted;

    D. Separate Defendants avail themselves of all statute of limitations defenses applicable to this claim;

    E. Common defense doctrine, as applicable;

    F. Plaintiff has failed to mitigate damages.

21. Separate Defendant Darrell Elkin affirmatively asserts that to the extent he is sued in his individual capacity he is entitled to qualified immunity.

22. Separate Defendants specifically reserve the right to plead further in this case as evidence and discovery are developed.

WHEREFORE, Separate Defendants, County Facility Healthcare of Arkansas, LLC ("CFHA") and Darrell Elkin, through counsel, C. Burt Newell, having fully answered the Plaintiff's Complaint, respectfully prays that Plaintiff's Complaint be dismissed as to these Separate Defendants, award them costs herein expended, including attorney's fees, and grant to them all other just and proper relief to which this Court deems they may be entitled.

**Respectfully submitted,**

By: /s/ C. Burt Newell
C. Burt Newell, Bar No. 82118
424 Ouachita Avenue
P.O. Box 1620
Hot Springs, AR 71902-1620
(501) 321-2222
Fax (501) 732-7025
burt@hotspringslaw.net
*Attorney for Darrell Elkin and CFHA*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and I hereby certify that I have mailed the document by the United States Postal Service to the following participant:

Jo Alison Lee
Norman Douglas Norwood
alison@norwoodattorneys.com
doug@norwoodattorneys.com

Jon Loevy
Maria Makar
jon@loevy.com
makar@loevy.com

Carson Tucker
ctucker@wlj.com

Jason Owens
Daniel Faulkner
owens@jowenslawfirm.com
faulkner@jowenslawfirm.com

Lane O. Krieger
lkrieger@wsolaw.net
erichard@wsolaw.net

Mariam T. Hopkins
Julia M. Hancock
hopkins@amhfirm.com
hancock@amhfirm.com

                          By: <u>C. Burt Newell</u>
                              C. Burt Newell