IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RANDY DEWAYNE ROGERS, as Administrator of the
ESTATE OF RANDY JAMES ROGERS, and on his own behalf     PLAINTIFF

v.  Civil No. 1:24-cv-01036

COLUMBIA COUNTY; COLUMBIA COUNTY SHERIFF'S
OFFICE; MICHAEL LOE; MATTHEW HULET; AALIYAH
ROSE; JESSE GUISE; MARK MOSELEY; COUNTY
FACILITY HEALTHCARE OF ARKANSAS, LLC;
DARRYL ELKINS; NURSE CASSANDRA; MAGNOLIA
REGIONAL MEDICAL CENTER; EMERGENCY STAFFING
SOLUTIONS; NURSE M. BRAZELL; DR. PHILLIP PACE;
DR. DILAN SAMARAWICKRAMA; AND RADIOLOGY
ASSOCIATES, P.A.     DEFENDANTS

## ORDER

**BEFORE** the Court is Plaintiff's Motion to Enter Protective Order. ECF No. 84. The Court finds this Motion should be **GRANTED**. The parties to this case, through their respective counsel, have agreed to protect the confidentiality of medical records of the decedent, Randy James Rogers.[1] The confidentiality of such information and documents shall be preserved under the terms of this Protective Order as agreed by the Parties.

**IT IS ORDERED**, the medical records of the decedent, Randy James Rogers, shall be used only for purposes of this litigation. No individual shall disclose any of the documents or information to any other individual, directly or indirectly outside the context of this litigation. The records of Randy James Rogers may not be provided to other attorneys and litigants in other lawsuits or in potential lawsuits.

---

[1] The Parties submitted the substantive language of this protective order, and the Court adopts the proposed language *in toto*.

**ENTERED this 14th day of April 2025.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE