# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

| | |
|---|---|
| RANDY DEWAYNE ROGERS, | ) |
|  | ) Case No. 1:24-cv-1036-SOH |
| Plaintiff | ) |
|  | ) |
| v. | ) **JURY TRIAL DEMANDED** |
|  | ) |
| COLUMBIA COUNTY et al., | ) |
|  | ) |
| Defendants. | ) |

### PLAINTIFF'S UNOPPOSED MOTION FOR A NEW TRIAL DATE

Plaintiff Randy Dewayne Rogers, by counsel, respectfully moves the Court to reschedule the trial in this case due to another conflicting trial. In support of his motion, Plaintiff states:

1. Plaintiff Randy Dewayne Rogers initiated the above-captioned action on June 8, 2024, for claims arising from the death of Randy James Rogers. ECF 1.

2. On October 23, 2024, the court entered the Final Scheduling Order. ECF 2. The Order set the following deadlines and dates:

   - Discovery must be completed no later than **November 2, 2025.**

   - All dispositive motions must be filed no later than **30 days** after the close of discovery.

   - All parties must make initial expert witness disclosures no later than **90 days** before the close of discovery.

   - Jury Trial set in El Dorado, Arkansas, at the call of the Court during the week of **March 2, 2026, beginning at 9:00am**.

3. The Parties have been working diligently and amicably to complete discovery.

4. On June 25, 2026, in one of Plaintiff's other cases, the court granted the defendants' consented motion for a new trial date due to witness and counsel conflicts, and reset trial for March 2, 2026, at 9:00am in East St. Louis, Illinois. *Wiley v. Wexford Health Sources, Inc. et al*, No 3:21-cv-00599-DWD (ECF 255).

5. As a result, Plaintiff's counsel has two conflicting trial dates.

6. The *Wiley* trial has been reset multiple times, and it is a 2021 case.

7. The day after the *Wiley* court's ruling, Plaintiff's counsel reached out to Defense counsel explaining the conflict and asking if Defendants would consent to Plaintiff's motion for a new trial date.

8. Defense counsel for Defendants Rose, Columbia County, Guise, Moseley, Hulet, Loe, Elkins, County Facility Healthcare, Samarawickrama, Radiology Associates, Magnolia Regional Medical Center, Pace, Emergency Staffing Solutions responded that they do not oppose the Motion.

9. No other Defendant has responded with an objection to the Motion.

10. A new trial date will not significantly delay proceedings, and no party will be prejudiced by a new trial date.

11. Plaintiff's counsel is available for trial as soon as practicable for the Court following the close of discovery, except for the first half of March 2026.

WHEREFORE, having shown good cause, the Plaintiff respectfully requests that this Court:

    A. Grant Plaintiff's Motion and reset the trial date for an alternative date.

Dated: June 27, 2025.

        RESPECTFULLY SUBMITTED,

        */s/ Maria Makar*

        Attorneys for Plaintiff

        Jon Loevy
        Maria Makar
        LOEVY & LOEVY
        311 N. Aberdeen, Third Floor
        Chicago, IL 60607
        (312) 243-5900
        makar@loevy.com