IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RANDY DEWAYNE ROGERS, as Administrator
of the Estate of Randy James Rogers, and on his
own behalf                                                                                                PLAINTIFF

v.                                               Case No. 1:24-cv-1036

COLUMBIA COUNTY; MICHAEL LOE;
MATTHEW HULET; AALIYAH ROSE;
JESSE GUISE; MARK MOSELY; COUNTY
FACILTY HEALTHCARE OF ARKANSAS, LLC;
DARRYLL ELKINS; NURSE CASSANDRA;
MAGNOLIA REGIONAL MEDICAL CENTER;
EMERGENCY STAFFING SOLUTIONS; NURSE
M. BRAZELL; DR. PHILLIPS PACE; DR. DILAN
SAMARAWICHRAMA; RADIOLOGY
ASSOCIATE, P.A.                                                                                       DEFENDANTS

**ORDER**

Before the Court is the parties' Joint Motion to Extend Discovery. ECF No. 102. The parties request thirty-day extensions of the expert disclosure deadline, the rebuttal expert disclosure deadline, and the discovery deadline.[1] The parties state that the additional time is necessary "for their experts to formulate complete and accurate opinions." The current expert disclosure deadline is August 5, 2025, and the rebuttal expert disclosure deadline is September 19, 2025. The current discovery deadline is November 2, 2025, and the trial in this matter is scheduled to commence on April 6, 2026.

Upon review the Court finds that good cause for the instant motion has been shown. Accordingly, the parties' Joint Motion to Extend Discovery (ECF No. 102) is hereby **GRANTED**. The new expert disclosure deadline is September 4, 2025. The new rebuttal expert disclosure

---

[1] The parties state that they "request additional time to complete fact discovery" and ask that the deadline to complete expert depositions be extended by thirty days from November 2, 2025, to December 2, 2025. The Court interprets this as a request to extend the discovery deadline by thirty days.

2

deadline is October 20, 2025. The new discovery deadline is December 2, 2025. All deadlines tied to the discovery deadline in the Court's Final Scheduling Order (ECF No. 61) shall be adjusted accordingly. The Court is unlikely to entertain any further requests to extend the discovery deadline without a corresponding request to continue the trial.

    **IT IS SO ORDERED**, this 25th day of July, 2025.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge