# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

| RANDY DEWAYNE ROGERS, | ) | |
|---|---|---|
| | ) | Case No. 1:24-cv-1036-SOH |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| COLUMBIA COUNTY et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

NOW COMES, Plaintiff Randy Dewayne Rogers, by and through his undersigned counsel, LOEVY & LOEVY, and pursuant to Federal Rule of Civil Procedure 6(b), moves to amend the courts scheduling orders and extend the below mentioned deadlines by 60 days, stating as follows:

1. On October 23, 2024, the Court issued a Final Scheduling Order setting the following deadlines (ECF 61):

- Discovery must be completed no later than **November 2, 2025.**

- Motions to amend pleadings or to join other parties must be filed no later than **60 days** before the close of discovery.

- All dispositive motions must be filed no later than **30 days** after the close of Discovery.

- All parties must make initial expert witness disclosures no later than **90 days** before the close of discovery.

- Rebuttal expert witness disclosures must be made no later than **45 days** before theclose of discovery.

- Jury Trial was initially scheduled for **March 2, 2026.**

2. On June 27, 2025, Plaintiff filed his unopposed motion for a new trial date, which the Court granted on July 3, 2025, continuing trial to **April 6, 2025**.

3. Additionally, the Parties filed a Joint Motion to Extend Deadlines for Expert Disclosures, on July 24, 2025, to the following deadlines:

- Initial expert disclosures: extended from August 5, 2025, to **September 4, 2025.**
- Rebuttal expert disclosures: extended from September 19, 2025, **to October 20, 2025.**
- Deadline to complete expert depositions: extended from November 2, 2025, to **December 2, 2025.**

4. The Parties have worked together and made progress on discovery, but have come across availability conflicts when scheduling deposition dates.

5. Due to the scheduling conflicts, the Parties will need additional time to conduct remaining defendant depositions, third-party depositions, and follow-up discovery.

6. Plaintiff's counsel reached out to all Defense Counsel and suggested a two-month extension of the initial expert disclosure deadline, fact discovery deadline, and dispositive motion deadline, as well as a request for a new trial date.

7. Plaintiff still expects to disclose one of his experts on the original deadline of September 4, 2025.

8. The Parties have conferred regarding this request. Counsel for all Parties have agreed to Plaintiff's request for a 60-day extension.

9. Plaintiff respectfully requests the following amendment to the Court's scheduling orders, as follows:

- Discovery must be completed no later than **January 1, 2026.**

- All dispositive motions must be filed no later than **February 1, 2026.**

- All parties must make initial expert witness disclosures no later than **November 4, 2025**.

- Rebuttal expert witness disclosures must be made no later than **November 18, 2025.**

- Jury Trial **to be determined by the court.**

WHEREFORE, having shown good cause, Plaintiff respectfully the above amendments to the Court's scheduling orders.

Dated: August 27, 2025

Respectfully submitted,

*/s/ Maria Makar*
Maria Makar

Jon Loevy pro hac vice
Maria Makar pro hac vice
Loevy & Loevy
311 N. Aberdeen Street Third Floor
Chicago, IL 60607
312-243-5900
Makar@loevy.com

*Attorneys for Plaintiff*

Doug Noorwood – AR Bar #97087
Alison Lee – AR Bar # 2006087
Noorwood & Noorwood, P.A.
1 East Center Suite 320-A
Fayetteville, AR 72701
479-235-4600
alison@norwoodattorneys.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

       I, Maria Makar, an attorney, hereby certify that on August 27, 2025, I filed the foregoing Unopposed Motion to Amend Scheduling Order via this Court's ECF, which effected service on all counsel of record.

                                                     /s/ Maria Makar
                                                     *One of Plaintiff's Attorneys*