IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RANDY DEWAYNE ROGERS, as Administrator
of the Estate of Randy James Rogers, and on his
own behalf                                                                                               PLAINTIFF

v.                                       Case No. 1:24-cv-1036

COLUMBIA COUNTY; MICHAEL LOE;
MATTHEW HULET; AALIYAH ROSE;
JESSE GUISE; MARK MOSELY; COUNTY
FACILTY HEALTHCARE OF ARKANSAS, LLC;
DARRYL ELKINS; NURSE CASSANDRA;
MAGNOLIA REGIONAL MEDICAL CENTER;
EMERGENCY STAFFING SOLUTIONS; NURSE
M. BRAZELL; DR. PHILLIPS PACE; DR. DILAN
SAMARAWICHRAMA; RADIOLOGY
ASSOCIATE, P.A.                                                                                       DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion to Amend Scheduling Order. ECF No. 107. Plaintiff asserts that difficulties in completing discovery necessitate extensions of various deadlines. Specifically, Plaintiff wants the discovery deadline extended to January 1, 2026, the deadline for initial expert disclosures extended to November 4, 2025, and the deadline for rebuttal expert disclosures extended to November 18, 2025.[1] Plaintiff also requests a continuance of the trial to accommodate the requested extensions. Plaintiff states that it has conferred with counsel for all Defendants and that no party opposes the request.

Upon review, the Court finds that Plaintiff's Motion to Amend Scheduling Order (ECF No. 107) should be and hereby is **GRANTED**. The new initial expert disclosure deadline is November 4, 2025. The new rebuttal expert disclosure deadline is November 18, 2025. The new discovery

---

[1] The current discovery deadline is December 2, 2025, and the current deadlines for initial expert disclosures and rebuttal expert disclosures are September 4, 2025, and October 20, 2025, respectively. ECF No. 103.

2

deadline is January 1, 2026.  The trial in this matter is hereby **continued** and will now commence on **June 8, 2026**.  All other deadlines from the Court's Final Scheduling Order (ECF No. 61) that are tied to the close of discovery and the trial date shall be adjusted accordingly.

      **IT IS SO ORDERED**, this 10th day of September, 2025.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge