# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

| | |
|---|---|
| RANDY DEWAYNE ROGERS, as Administrator of the<br>ESTATE OF RANDY JAMES ROGERS, and on his own behalf | PLAINTIFF |
| V.           Case No. 1:24-CV-01036-SOH | |
| COLUMBIA COUNTY; COLUMBIA COUNTY SHERIFF'S OFFICE;<br>MICHAEL LOE; MATTHEW HULET; AALIYAH ROSE;<br>JESSE GUISE; MARK MOSELEY;<br>COUNTY FACILITY HEALTHCARE OF ARKANSAS, LLC;<br>DARRYL ELKINS; NURSE CASSANDRA;<br>MAGNOLIA REGIONAL MEDICAL CENTER;<br>EMERGENCY STAFFING SOLUTIONS; NURSE M. BRAZELL;<br>DR. PHILLIP PACE; DR. DILAN SAMARAWICKRAMA;<br>RADIOLOGY ASSOCIATES, P.A. | DEFENDANTS |

## PROOF OF SERVICE OF SUBPOENAS

Come separate defendants, Radiology Associates, P.A., and Dr. Dilan Samarawickrama, by and through their counsel, Anderson, Murphy & Hopkins, L.L.P., and serve notice reflecting that Ms. Wendy Hall, Mr. Jimmy David Reeves, and Mr. Randy Reed were served on October 6, 2025, with their respective subpoenas to testify at a deposition in a civil action. Such proof of service is attached hereto as "Exhibit A".

Respectfully submitted,
**MARIAM T. HOPKINS**
  Bar No. 88109
**JULIE M. HANCOCK**
  Bar No. 2000069
**ANDERSON, MURPHY & HOPKINS, L.L.P.**
101 River Bluff Drive, Suite A
Little Rock, Arkansas 72202-2267
Telephone:   501-372-1887
Facsimile:    501-372-7706
Email:         hopkins@amhfirm.com
                  hancock@amhfirm.com

*Attorneys for Radiology Associates, P.A., and*
*Dr. Dilan Samarawickrama*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 8, 2025, I filed the foregoing pleading using the court's CM/ECF system, which effected service on all counsel of record.

| | |
|---|---|
| Carson Tucker (2006090)<br>Dustin K. Doty (2013144)<br>Wright, Lindsey & Jennings, L.L.P.<br>200 W Capitol Ave., Suite 2300<br>Little Rock, Arkansas 72201<br>ctucker@wlj.com<br>ddoty@wlj.com<br>*Attorneys for Magnolia Regional Medical Center*<br><br>C. Burt Newell<br>P.O. Box 1620<br>Hot Springs, AR 71902<br>Burt@Hotspringslaw.net<br>*Attorney for County Facility Healthcare of Arkansas*<br><br>Jason E. Owens (2003003)<br>Daniel K. Faulkner (2002168)<br>Jason Owens Law Firm, P.A.<br>P.O. Box 850<br>Conway, AR 72033-0850<br>owens@jowenslawfirm.com<br>faulkner@jowenslawfirm.com<br>*Attorneys for Columbia County* | Jon Loevy *pro hac vice*<br>Maria Makar *pro hac vice*<br>Regina Powers *pro hac vice*<br>Loevy & Loevy<br>311 N Aberdeen St., Third Floor<br>Chicago, IL 60607<br>jon@loevy.com<br>makar@loevy.com<br>powers@loevy.com<br>*Attorneys for Plaintiff*<br><br>Doug Norwood (97087)<br>Alison Lee (2006087)<br>Norwood & Norwood, P.A.<br>1 East Center, Suite 320-A<br>Fayetteville, AR 72701<br>alison@norwoodattorneys.com<br>doug@norwoodattorneys.com<br>*Attorneys for Plaintiff*<br><br>Lane O. Krieger (2016034)<br>Rebecca E. Schmidt *pro hac vice*<br>Wiggins, Sewell, & Ogletree<br>3100 Oklahoma Tower<br>210 Park Ave.<br>Oklahoma City, OK 73102<br>lkrieger@wsolaw.net<br>bschmidt@wigginssewell.com<br>*Attorneys for Defendant Emergency Staffing Solutions (ESS)* |

        **/s/ MARIAM T. HOPKINS /s/**
        MARIAM T. HOPKINS