IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RANDY DEWAYNE ROGERS, as Administrator of the
ESTATE OF RANDY JAMES ROGERS, and on his own behalf          PLAINTIFF

V.                            Case No. 1:24-CV-01036-SOH

COLUMBIA COUNTY; COLUMBIA COUNTY SHERIFF'S OFFICE;
MICHAEL LOE; MATTHEW HULET; AALIYAH ROSE;
JESSE GUISE; MARK MOSELEY;
COUNTY FACILITY HEALTHCARE OF ARKANSAS, LLC;
DARRYL ELKINS; NURSE CASSANDRA;
MAGNOLIA REGIONAL MEDICAL CENTER;
EMERGENCY STAFFING SOLUTIONS; NURSE M. BRAZELL;
DR. PHILLIP PACE; DR. DILAN SAMARAWICKRAMA;
RADIOLOGY ASSOCIATES, P.A.                                   DEFENDANTS

**PROOF OF SERVICE OF SUBPOENA**

Come separate defendants, Radiology Associates, P.A., and Dr. Dilan Samarawickrama, by and through their counsel, Anderson, Murphy & Hopkins, L.L.P., and provide notice reflecting that Mr. Thomas Frisby was served on October 16, 2025, with a subpoena to testify at a deposition in a civil action. Such proof of service is attached hereto as "Exhibit A".

Respectfully submitted,

**MARIAM T. HOPKINS**
  Bar No. 88109
**JULIE M. HANCOCK**
  Bar No. 2000069
**ANDERSON, MURPHY & HOPKINS, L.L.P.**
101 River Bluff Drive, Suite A
Little Rock, Arkansas 72202-2267
Telephone:   501-372-1887
Facsimile:   501-372-7706
Email:       hopkins@amhfirm.com
             hancock@amhfirm.com

*Attorneys for Radiology Associates, P.A., and*
*Dr. Dilan Samarawickrama*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 20, 2025, I filed the foregoing pleading using the court's CM/ECF system, which effected service on all counsel of record.

| | |
|---|---|
| Carson Tucker (2006090)<br>Dustin K. Doty (2013144)<br>Wright, Lindsey & Jennings, L.L.P.<br>200 W Capitol Ave., Suite 2300<br>Little Rock, Arkansas 72201<br>ctucker@wlj.com<br>ddoty@wlj.com<br>*Attorneys for Magnolia Regional Medical Center*<br><br>C. Burt Newell<br>P.O. Box 1620<br>Hot Springs, AR 71902<br>Burt@Hotspringslaw.net<br>*Attorney for County Facility Healthcare of Arkansas*<br><br>Jason E. Owens (2003003)<br>Daniel K. Faulkner (2002168)<br>Jason Owens Law Firm, P.A.<br>P.O. Box 850<br>Conway, AR 72033-0850<br>owens@jowenslawfirm.com<br>faulkner@jowenslawfirm.com<br>*Attorneys for Columbia County* | Jon Loevy *pro hac vice*<br>Maria Makar *pro hac vice*<br>Regina Powers *pro hac vice*<br>Loevy & Loevy<br>311 N Aberdeen St., Third Floor<br>Chicago, IL 60607<br>jon@loevy.com<br>makar@loevy.com<br>powers@loevy.com<br>*Attorneys for Plaintiff*<br><br>Doug Norwood (97087)<br>Alison Lee (2006087)<br>Norwood & Norwood, P.A.<br>1 East Center, Suite 320-A<br>Fayetteville, AR 72701<br>alison@norwoodattorneys.com<br>doug@norwoodattorneys.com<br>*Attorneys for Plaintiff*<br><br>Lane O. Krieger (2016034)<br>Rebecca E. Schmidt *pro hac vice*<br>Wiggins, Sewell, & Ogletree<br>3100 Oklahoma Tower<br>210 Park Ave.<br>Oklahoma City, OK 73102<br>lkrieger@wsolaw.net<br>bschmidt@wigginssewell.com<br>*Attorneys for Defendant Emergency Staffing Solutions (ESS)* |

                                        **/s/ MARIAM T. HOPKINS /s/**
                                          MARIAM T. HOPKINS