## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

| | | |
|---|---|---|
| RANDY DEWAYNE ROGERS, | **)** | |
| | **)** | Case No. 1:24-cv-1036-SOH |
| Plaintiff | **)** | |
| | **)** | |
| v. | **)** | **JURY TRIAL DEMANDED** |
| | **)** | |
| COLUMBIA COUNTY et al., | **)** | |
| | **)** | |
| Defendants. | **)** | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Randy Dewayne Rogers and Defendant's Dr. Dilan Samarawickrama and Radiology Associates, P.A., and their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against Defendant's Dr. Dilan Samarawickrama and Radiology Associates, P.A., are dismissed with prejudice, with each party bearing their own fees and costs.

Dated: November 3, 2025          Respectfully submitted,

| | |
|---|---|
| | */s/ Maria Makar*<br>Maria Makar<br><br>Jon Loevy pro hac vice<br>Maria Makar pro hac vice<br>Regina Powers pro hac vice<br>Loevy & Loevy<br>311 N. Aberdeen Street Third Floor<br>Chicago, IL 60607<br>312-243-5900<br>Makar@loevy.com |
| */s/ Jason E. Owens*<br>Owens & Parker Law Firm, P.A.<br>P.O. Box 850<br>Conway, AR 72033-0850<br>501-764-4334<br>Email: owens@jowenslawfirm.com | |
| | Attorneys for Plaintiff |
| */s/ Daniel Knox Faulkner*<br>Owens & Parker Law Firm, P.A.<br>1160 Markham<br>Suite 2<br>Conway, AR 72032 | Doug Noorwood – AR Bar #97087<br>Alison Lee – AR Bar # 2006087<br>Noorwood & Noorwood, P.A.<br>1 East Center Suite 320-A |

| | |
|---|---|
| 501-764-4334<br>Email: faulkner@jowenslawfirm.com<br><br>*/s/ C. Burt Newell*<br>P.O. Box 1620<br>Hot Springs, AR 71902-1620<br>501-321-2222<br>Email: BURT@HOTSPRINGSLAW.NET<br><br>*/s/ Carson Tucker*<br>Wright Lindsey Jennings LLP<br>200 West Capitol<br>Suite 2300<br>Little Rock, AR 72201<br>(501) 371-0808<br>Fax: (501) 376-9442<br>Email: ctucker@wlj.com<br><br>*/s/ Dustin Doty*<br>Wright, Lindsey & Jennings, LLP<br>3333 Pinnacle Hills Parkway<br>Suite 510<br>Rogers, AR 72758<br>479-986-0888<br>Fax: 479-986-8932<br>Email: ddoty@wlj.com<br><br>*/s/ Lane O Krieger*<br>Wiggins Sewell & Ogletree<br>210 Park Avenue<br>Suite 3100<br>Oklahoma City, OK 73102<br>405-232-1211<br>Fax: 405-235-7025<br>Email: lkrieger@wsolaw.net<br><br>*/s/ Becca Schmidt*<br>Wiggins Sewell<br>210 Park Ave<br>Suite 3100<br>Oklahoma City, OK 73102<br>918-633-4624<br>Email: bschmidt@wigginssewell.com<br>*PRO HAC VICE* | Fayetteville, AR 72701<br>479-235-4600<br>alison@norwoodattorneys.com<br><br>Attorneys for Plaintiff |

*/s/ Mariam T. Hopkins*
Anderson, Murphy & Hopkins, L.L.P.
101 River Bluff Drive, Suite A
Little Rock, AR 72202
501-210-3606
Email: hopkins@amhfirm.com

*/s/ Julia M. Hancock*
Anderson, Murphy & Hopkins, L.L.P.
101 River Bluff Drive
Suite A
Little Rock, AR 72202
501-372-1887
Fax: 501-372-7706
Email: hancock@amhfirm.com

**CERTIFICATE OF SERVICE**

I, Maria Makar, an attorney, hereby certify that on November 1, 2025, I filed the foregoing Stipulation of Voluntary Dismissal with Prejudice via this Court's ECF, which effected service on all counsel of record.

/s/ Maria Makar

*One of Plaintiff's Attorneys*