IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| RANDY DEWAYNE ROGERS, | ) | |
| | ) | Case No. 1:24-cv-1036-SOH |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| COLUMBIA COUNTY et al., | ) | |
| | ) | |
| Defendants. | ) | |

  Plaintiff Randy Dewayne Rogers, by his counsel, respectfully moves the Court for entry of a protective order. Plaintiff's proposed order is attached as Exhibit A and will separately be submitted to the Court via email. In support, Plaintiff states:

  1. Plaintiff has conferred with all Defendants via email regarding the protective order.

  2. Plaintiff received discovery responses from the Separate County Defendants on December 5, 2025. In their response, Defendants represented that they would disclose relevant personnel information for Jail Administrator Collier with a protective order.

  3. On December 12, 2025, Plaintiff circulated a draft protective order.

  4. All Defendants agreed to the protective order.

  5. On December 16, 2025, Defendants' counsel stated he had come across other employee documents and asked to add Aaron Harvin and William Holmes to the protective order.

  6. Plaintiff and the other Defendants agreed to this addition, and this unopposed motion follows.

  7. This proposed protective order is intended to supplement, not supplant, the

protective orders previously entered by the Court in this case.

Dated: December 17, 2025

Respectfully submitted,

/s/ *Maria Makar*
Maria Makar

Jon Loevy *pro hac vice*
Maria Makar *pro hac vice*
*Regina Powers pro hac vice*
Loevy & Loevy
311 N. Aberdeen Street Third Floor
Chicago, IL 60607
312-243-5900
Makar@loevy.com

*Attorneys for Plaintiff*

Doug Noorwood – AR Bar #97087
Alison Lee – AR Bar # 2006087
Noorwood & Noorwood, P.A.
1 East Center Suite 320-A
Fayetteville, AR 72701
479-235-4600
alison@norwoodattorneys.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I, Maria Makar, an attorney, hereby certify that on December 17, 2025, I filed the foregoing Motion to Enter Protective Order via this Court's ECF, which effected service on all counsel of record.

      /s/ Maria Makar
*One of Plaintiff's Attorneys*