IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| RANDY DEWAYNE ROGERS, | ) |
| | ) Case No. 1:24-cv-1036-SOH |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| COLUMBIA COUNTY et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**BEFORE** the Court is Plaintiff's Motion to Enter Protective Order. ECF No. 127. The Court finds this Motion should be **GRANTED**. The parties to this case, through their respective counsel, have agreed to protect the confidentiality of the personnel file and institutional file and personnel information of former Columbia County Sheriff's Office Jail Administrators Collier and William Holmes and Columbia County Sheriff's Office employee Aaron Harvin. The confidentiality of such information and documents shall be preserved under the terms of this Protective Order as agreed by the Parties.

**IT IS ORDERED**, the personnel file and institutional file and personnel information of Collier, William Holmes, and Aaron Harvin shall be used only for purposes of this litigation. No individual shall disclose any of the documents or information to any other individual, directly or indirectly outside the context of this litigation. The records of Ms. Collier may not be provided to other attorneys and litigants in other lawsuits or in potential lawsuits.

**IT IS SO ORDERED**, this ____ day of December, 2025.

/s/_____
Susan O. Hickey
Chief United States District Judge

## CERTIFICATE OF SERVICE

I, Maria Makar, an attorney, hereby certify that on December 17, 2025, I served this notice via electronic mail to counsel of record for Defendants.

/s/ Maria Makar
*One of Plaintiff's Attorney's*