IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**RANDY DEWAYNE ROGERS, AS ADMINISTRATOR**　　　　　　　　　**PLAINTIFF**
**OF THE ESTATE OF RANDY JAMES ROGERS, AND**
**ON HIS OWN BEHALF**

VS.　　　　　　　　　CASE NO. 1:24-CV-1036-SOH

**COLUMBIA COUNTY, et al**　　　　　　　　　**DEFENDANTS**

### SEPARATE DEFENDANTS, DARRELL ELKIN AND COUNTY FACILITY HEALTHCARE OF ARKANSAS LLC'S MOTION FOR EXTENSION OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

Separate Defendants, Darrell Elkin and County Facility Healthcare of Arkansas LLC, through counsel C. Burt Newell, moves the Court for an extension of time to file their Motion for Summary Judgment and respectfully states:

　　1.　　In the Court's Final Scheduling Order issued on October 23, 2024 ordered that all dispositive motions must be filed no later than thirty (30) days after the close of discovery. *(Doc 61).*

　　2.　　On September 10, 2025, the Court issued an Order granting the Plaintiff's Motion to Amend Scheduling Order *(Doc 112)* resetting the deadline for discovery to January 1, 2026 and resetting the trial in this matter to June 8, 2026. *(Doc 112.)* Whereby the deadline to file dispositive motions falls on Saturday, January 31, 2026, thereby making the actual deadline Monday, February 2, 2026.

　　3.　　Due to the snow and ice that began on January 23, 2026 impeding returning to the office until today for a few hours, undersigned counsel respectfully requests an extension of time of seven (7) days, up to and including Monday, February 9, 2026, to file a dispositive motion for these separate defendants.

1

4.      This case is currently set for trial during the week of June 8, 2026. Separate Defendant files this motion in good faith and not for the purposes of harassment or delay.

5.      Separate Defendants assert that no party will be prejudiced by the granting of this Motion for Extension of Time to file their dispositive motion and hereby requests that this Court grant this Motion.

**WHEREFORE,** Separate Defendants, Darrell Elkin and County Facility Healthcare of Arkansas LLC, through counsel, C. Burt Newell, respectfully prays that this Honorable Court grant their Motion for Extension of Time to file their dispositive motion for an additional seven (7) days, up to and including Monday, February 9, 2026, and grant to them all the just and proper relief to which this Court deems them to be entitled.

> **Respectfully submitted,**
>
> By:  /s/ C. Burt Newell
>       C. Burt Newell, Bar No. 82118
>       424 Ouachita Avenue
>       P.O. Box 1620
>       Hot Springs, AR 71902-1620
>       (501) 321-2222
>       Fax (501) 732-7025
>       burt@hotspringslaw.net
> *Attorney for Separate Defendants, Darrell Elkin*
> *And County Facility Healthcare of AR LLC*

## CERTIFICATE OF SERVICE

I certify that on the 29th day of January, 2026, I electronically filed this pleading with the Clerk of the Court using the CM/ECF System, and I certify that I have mailed the document by the United States Postal Service to the following non-CM/ECF participant:

Alison Lee
Norman Douglas Norwood
alison@norwoodattorneys.com
doug@norwoodattorneys.com

Jon Loevy
Maria Makar

Regina Powers
jon@loevy.com
makar@loevy.com
Powers@loevy.com

Daniel Faulkner
Jason Owens Law Firm, P.A.
owens@jowenslawfirm.com
faulkner@jowenslawfirm.com
Carson Tucker
ctucker@wlj.com
Dustin Doty
ddoty@wlj.com

Lane O. Krieger
Rebecca E. Schmidt
Wiggins Sewell & Ogletree
210 Park Avenue, Suite 3100
Oklahoma City, OK 73102
405/232-1211
Fax: 405/235-7025
lkrieger@wsolaw.net
lkrieger@wigginssewell.com
bschmidt@wigginssewell.com

                                          By:  C. Burt Newell
                                             C. Burt Newell