**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

| | | |
|---|---|---|
| RANDY DEWAYNE ROGERS, | ) | |
| | ) | Case No. 1:24-cv-1036-SOH |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COLUMBIA COUNTY et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE *INSTANTER***

Plaintiff respectfully requests leave to file his response brief to Defendants' Motions for Summary Judgment *instanter*. In support of this motion, Plaintiff states as follows:

1. On March 2, 2026, Plaintiff filed responses to Motions for Summary Judgment, filed by Defendant Magnolia Regional Medical Center, County Defendants, and Dr. Philip Pace.

2. On March 3, 2026, Plaintiff filed responses to Separate County Defendants Statement of Facts and a Statement of Additional Material Facts. (ECF Nos. 154, 155). Plaintiff also filed responses to Defendant Elkin and County Facility Healthcare of Arkansas LLC's Motion for Summary Judgment. (ECF No. 156, 157, 158).

3. Given the length of Plaintiff's additional materials facts and number of exhibits, as well as an error with PACER authentication not working on the evening of the filing, the additional 1-2 hours was needed.

4. This extension will not prejudice any party.

WHEREFORE, Plaintiff, Randy Rogers, respectfully requests leave to file his Responses to Defendants' Motions for Summary Judgment, Statement of Material Facts and Plaintiff's Statement of Additional Facts (ECF Nos. 154, 155, 156, 157, 158) instanter.

Dated: March 3, 2026

Respectfully submitted,

/s/ *Regina Powers*
Regina Powers

*Attorney for Plaintiff*
Jon Loevy
Regina Powers
311 N. Aberdeen St, 3rd Fl
LOEVY & LOEVY
Chicago, IL 60607
P:(312) 243-5900
F:(312) 243-5902
powers@loevy.com

### CERTIFICATE OF SERVICE

I, Regina Powers, an attorney, hereby certify that on March 3, 2026, I served this notice via electronic mail to counsel of record for Defendants.

/s/ Regina Powers

*One of Plaintiff's Attorneys*